IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL L. BENNETT, :

    Plaintiff, :

vs. :
                                            CIVIL ACTION 04-0831-M
JO ANNE B. BARNHART, :
Commissioner of
Social Security, :

    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Michael L. Bennett.

DONE this 12th day of August, 2005.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE